NUMBER 13-04-447-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

DEVORAH J. GOLDBERG,                                                  Appellant,

v.

PETE GARCIA, M.D., ET AL.,                                             Appellees.
___________________________________________________________________

On appeal from the 28th District Court 
of Nueces County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, DEVORAH J. GOLDBERG, attempted to perfect an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas, in cause
number 03-7534-A. Judgment in this cause was signed on May 12, 2004. A timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s notice
of appeal was due on August 10, 2004, but was not filed until August 26, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. Appellant’s response to this Court’s notice was received on September 29,
2004, and appellees’ response was received on October 7, 2004.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s and appellees’
responses to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 5th day of May, 2005.